| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| 2 | United States Attorney |
|   | District of Nevada |
| 3 | BRANDON C. JAROCH |
|   | Assistant United States Attorney |
| 4 | 333 Las Vegas Boulevard South |
|   | Suite 5000 |
| 5 | Las Vegas, Nevada 89101 |
|   | 702-388-6336 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
|  | ) | 2:15-mj-00598-PAL |
| v. | ) | |
|  | ) | **MOTION TO DISMISS** |
| DERRICK JONES, | ) | **CRIMINAL COMPLAINT** |
|  | ) | |
| Defendant. | ) | |

The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, and Brandon C. Jaroch, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant DERRICK JONES which are contained in the Criminal Complaint which was filed on July 14, 2015.

DATED: August 18, 2015

                                                        DANIEL G. BOGDEN
                                                        United States Attorney

By:   */s/ Brandon C. Jaroch*
        BRANDON C. JAROCH
        Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>DERRICK JONES, )<br>)<br>Defendant. )<br>_____ ) | 2:15-mj-00598-PAL<br><br>**ORDER OF DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant DERRICK JONES that are contained in the above-captioned Criminal Complaint which was filed on July 14, 2015.

DATED:  this 20th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE